UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEDA RESEARCH AND DEVELOPMENT
COMPANY LTD.,

*Plaintiff*,

v.

iCAD, INC. and
INVIVO CORPORATION

*Defendants.*

Civil Action No. _____

18CV8083

JUDGE DANIELS

[PROPOSED] SEALING ORDER

WHEREAS Plaintiff Yeda Research and Development Company Ltd. has filed a complaint against Defendants iCAD, Inc. and Invivo Corporation for, inter alia, breach of contract, and

WHEREAS the Complaint cites and discusses portions of agreements between the parties that are confidential, and attached the agreements as Exhibits A (the "*2002 Agreement*") and B (the "*2012 Agreement*"), and

WHEREAS the parties agreed to maintain the agreements as confidential, insofar as both agreements contain confidentiality clauses that provide "[t]he Company shall maintain in confidence… this Agreement, and the terms hereof…" (Section 7.1 of Ex. A, Ex. B), and

WHEREAS Yeda may be harmed by the disclosure of the Agreements, including the licensing and other terms contained therein, and

WHEREAS Yeda has no information whether Defendants iCAD and Invivo object to disclosure of the Agreements,

IT IS HEREBY ORDERED that the Exhibits A and B to the Complaint, as well as paragraphs 7-9, 19, 23-33, and 57 in the Complaint itself that refer to such exhibits, may be filed under seal, and

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a redacted version of the Complaint, as well as Exhibits A and B thereto, on the public docket for this action.

**SO ORDERED:**

DATED: 9-5-18

_____
U.S.D.J.
Pont,t

IT IS FURTHER ORDERED that the Complaint in its entirety and the Exhibits thereto shall be unsealed, unless the Judge to whom the case is assigned extends the sealing in an order entered within 45 days of the date of this Order.