UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YEDA RESEARCH AND DEVELOPMENT
COMPANY LTD,

                     Plaintiff,

  -against-

ICAD, INC.,

                     Defendant.
----------------------------------------------------------X

**ORDER**
18- CV- 8083 (GBD) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Fed. R. Civ. P. 26 (c) protective order submitted by the parties, *see* Docket Entry No. 61, is approved and adopted by the Court.

Dated: New York, New York
       March 20, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE