UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
YEDA RESEARCH AND DEVELOPMENT
COMPANY LTD.,

                        Plaintiff,

     -against-

ICAD, INC.,

                        Defendant.
------------------------------------- x

ORDER

18 Civ. 8083 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference previously scheduled for April 16, 2020 at 9:45 am has been canceled.

Dated: New York, New York
       April 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge