UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YEDA RESEARCH AND DEVELOPMENT
COMPANY LTD,                                       :
                                                               :
            Plaintiff,        :
  -against-                                       :            **ORDER**
                                                               :            18- CV- 8083 (GBD) (KNF)
ICAD, INC.,                             :
                                                               :
            Defendant.        :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The parties submitted a proposed amended protective order, Docket Entry No. 70, to the Court for its review and approval. That document references Exhibit A and Exhibit B and indicates that the exhibits are attached to the proposed amended protective order; however, they are not attached to the document. The parties shall correct this deficiency by resubmitting their proposed amended protective order to the Court with the relevant exhibits attached.

Dated:   New York, New York                         SO ORDERED:
            November 1, 2020

                                                                           _/s/ Kevin Nathaniel Fox_
                                                                           KEVIN NATHANIEL FOX
                                                                           UNITED STATES MAGISTRATE JUDGE